**AFFIRMED as Modified; Opinion Filed May 1, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00784-CR

### CURTIS LAMON HALL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F13-63732-J**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Evans

A jury convicted Curtis Lamon Hall of assault involving family violence, and having two prior assault-family violence convictions. *See* TEX. PENAL CODE ANN. § 22.01(a)(1), (b)(2) (West 2011); TEX. FAM. CODE ANN. §§ 71.0021, 71.005 (West 2008 & Supp. 2014). The trial court assessed punishment at five years' imprisonment. In a single issue, appellant contends the trial court's judgment should be modified to reflect the correct statute for the offense. The State agrees the judgment should be modified as appellant requests. We modify the trial court's judgment and affirm as modified.

The trial court's judgment incorrectly identifies the statute for the offense as "22.02 Penal Code," which is the statute for aggravated assault. Appellant was found guilty of assault involving family violence, with two prior assault-family violence convictions under section 22.01 of the Texas Penal Code. *See* TEX. PENAL CODE ANN. § 22.01(a)(1), (b)(2). We sustain appellant's sole issue.

We modify the trial court's judgment to show the statute for the offense is "22.01 Penal Code." *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment.


/ David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140784F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

CURTIS LAMON HALL, Appellant

No. 05-14-00784-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F13-63732-J).
Opinion delivered by Justice Evans,
Justices Fillmore and Myers participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Statute for Offense" is modified to show "22.01 Penal Code."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered this May 1st, 2015.